UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jermaine Armstrong,

            Plaintiff(s),

v.                                             Case No. 2:20−cv−10878−GAD−DRG
                                               Hon. Gershwin A. Drain

ALLCLEAR, LLC, et al.,

            Defendant(s),

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 8/21/2020, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.

            s/Gershwin A. Drain
            Gershwin A. Drain
            U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/T McGovern
            Case Manager

Dated:   August 14, 2020