## STATE OF MICHIGAN
## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

Jermaine Armstrong,

                                                       Case No. 20-cv-10878

    Plaintiff,                                        Hon. Gershwin A. Drain

vs.

ALLCLEAR, LLC, et al,

    Defendants.

---

MEROUEH & HALLMAN, LLP
By:    Zachary A. Hallman (P78327)
         Odey K. Meroueh (P76460)
Attorneys for Plaintiff
14339 Ford Road, Second Floor
Dearborn, MI 48126
(313) 582-7469
zhallman@mhatlaw.com
okm@mhatlaw.com

---

## **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

In response to this Honorable Court's ORDER to SHOW CAUSE, as to why this matter should be dismissed for failure to prosecute, Plaintiff, through his Counsel, Meroueh and Hallman, LLP, states as follows:

1. Plaintiff through counsel has been in communications with communications for Defendant previous to the date that this instant Complaint was filed, in an attempt to resolve this matter before filing.

2. Upon filing, Plaintiff's counsel, Zachary A. Hallman, was in the course of negotiations with counsel for Defendant Allclear, whom had been retained in response to an administrative filing of Plaintiff's in the Equal Employment Opportunity Commission.

3. Such negotiations have since stalled, and Plaintiff's counsel was forced to take some time out of the office during the months of May and June of this year, unexpectedly.

4. Plaintiff asks that this Court permit an additional 14 days of service so that, barring Defendant's counsel refusing to acknowledge service – such request is currently pending – then proper service can be effectuated.

Dated: 8/17, 2020                                     /s/ *Zachary A. Hallman*
                                                                                   Zachary A. Hallman, P78327
                                                                                   Attorney for Plaintiff