# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

JERMAINE ARMSTRONG,

      Plaintiff,                        Case No. 20-cv-10878

v.                                    Hon. Gershwin A. Drain

ALCLEAR, LLC, a Foreign
Limited liability company,

      Defendant.

| | |
|---|---|
| Zachary A. Hallman, (P78327) | Marlo J. Roebuck (P65640) |
| Odey K. Meroueh, (P76460) | Blaine A. Veldhuis (P78840) |
| Meroueh & Hallman, LLP | Jackson Lewis P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 14339 Ford Rd., 2nd Floor | 2000 Town Center, Ste. 1650 |
| Dearborn, MI 48126 | Southfield, MI 48075 |
| (313) 582-7469 | (248) 936-1900 (ofc) |
| zhallman@mhatlaw.com | (248) 936-1901 (fax) |
| okm@mhatlaw.com | Marlo.Roebuck@jacksonlewis.com |
| | Blaine.Veldhuis@jacksonlewis.com |

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT FEES AND COSTS

The Court having reviewed the Stipulation of the parties endorsed hereon through their counsel, and having been advised that the parties intend to proceed to arbitration as provided below:

**IT IS HEREBY ORDERED** that this action shall be, and is hereby, dismissed without prejudice and without fees or costs to any party;

**IT IS FURTHER ORDERED** that the parties will proceed to arbitration consistent with the 2019 "Clear Happiness Commission Compensation Agreement" executed by Plaintiff.

**IT IS SO ORDERED.**

s/Gershwin A. Drain_____          November 5, 2020_____
Hon. Gershwin A. Drain                                                      Date


**WE STIPULATE TO THE ENTRY OF THE ABOVE ORDER:**


/s/ *Zachary Hallman (with consent)*      /s/ *Blaine A. Veldhuis*____
Zachary A. Hallman, P78327                    Marlo J. Roebuck (P65640)
Odey K. Meroueh, P76460                        Blaine A. Veldhuis (P78840)
Meroueh & Hallman, LLP                         Jackson Lewis P.C.
Attorneys for Plaintiff                               Attorneys for Defendant
14339 Ford Rd., 2nd Floor                        2000 Town Center, Ste. 1650
Dearborn, MI 48126                                 Southfield, MI 48075
(313) 582-7469                                        (248) 936-1900 (ofc)
zhallman@mhatlaw.com                          (248) 936-1901 (fax)
okm@mhatlaw.com                                  Marlo.Roebuck@jacksonlewis.com
                                                            Blaine.Veldhuis@jacksonlewis.com


Dated: November 2, 2020                        Dated: November 2, 2020


4818-0321-6080, v. 2

2